PECKAR & ABRAMSON, P.C.
Charles E. Williams, III (CEW 4756)
1325 Avenue of the Americas, 10th Floor
New York, New York 10019
Telephone: (212) 382-0909
Facsimile: (212) 382-3456
cwilliams@pecklaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BERKLEY INSURANCE COMPANY,

        Plaintiff,

    -against-

FG-PH CORP., ARISTA MECHANICAL HVAC,
INC., CEGF&G PLUMBING CORP., 1815
LINDEN, LLC, EFSTRATIOS GEORGELIS,
MICHAEL PANAGIOTOPOULOS, POLYXENI
PANAGIOTOPOULOS, CARLOS CASSIUS, and
CARMEN CASSIUS, jointly and severally,

        Defendants.

22 CV   (   )

**COMPLAINT AND JURY
DEMAND**

---

Plaintiff Berkley Insurance Company ("Berkley"), by and through its attorneys, Peckar

& Abramson, P.C., as and for its Complaint alleging causes of action ("Claims") jointly and

severally against FG-PH Corp., Arista Mechanical HVAC, Inc., CEGF&G Plumbing Corp.,

1815 Linden, LLC, Efstratios Georgelis, Michael Panagiotopoulos, Polyxeni Panagiotopoulos,

Carlos Cassius, and Carmen Cassius (collectively referred to herein as "Defendants"), sets forth

the following:

LAW OFFICES

**Peckar &
Abramson**
A Professional Corporation

#4539111v1

## PARTIES

1.      Berkley is a corporation organized and existing under the laws of the State of Delaware with a principal office at 475 Steamboat Road, Greenwich, Connecticut 06830.

2.      Upon information and belief, Defendant FG-PH Corp. ("FG-PH") is a corporation organized and existing under the laws of the State of New York with its principal office at 54-42 46th Street, Maspeth, New York 11378.

3.      Upon information and belief, Defendant Arista Mechanical HVAC, Inc. ("Arista") is a corporation organized and existing under the laws of the State of New York with its principal office at 54-42 46th Street, Maspeth, New York 11378.

4.      Upon information and belief, Defendant CEGF&G Plumbing Corp. ("CEGF&G") is a corporation organized and existing under the laws of the State of New York with its principal office at 54-42 46th Street, Maspeth, New York 11378.

5.      Upon information and belief, Defendant 1815 Linden, LLC ("1815 Linden") is a corporation organized and existing under the laws of the State of New York with its principal office at 54-42 46th Street, Maspeth, New York 11378.

6.      Upon information and belief, Defendant Efstratios Georgelis is an individual residing at 193-04 47th Avenue, Flushing, New York 11358.

7.      Upon information and belief, Defendant Michael Panagiotopoulos is an individual residing at 84-15 55th Avenue, Elmhurst, New York 11373.

8.      Upon information and belief, Defendant Polyxeni Panagiotopoulos is an individual residing at 84-15 55th Avenue, Elmhurst, New York 11373.

9.      Upon information and belief Carlos Cassius is an individual residing at 160-20 78th Avenue, Flushing, New York 11366.

10.     Upon information and belief Carmen Cassius is an individual residing at 160-20 78th Avenue, Flushing, New York 13366.

## JURISDICTION AND VENUE

11.     That, pursuant to 28 U.S.C. § 1332(a), this Court possesses diversity jurisdiction over this action because the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

12.     That, pursuant to 28 U.S.C. § 1332(a)(1), this Court possesses diversity jurisdiction over this action because Berkley and Defendants are citizens of different states.

13.     That, pursuant to 28 U.S.C. § 1391(b)(1), venue lies in the Eastern District of New York, that is the judicial district in which the Defendants reside.

14.     That pursuant to 28 U.S.C. § 3101 and F.R.C.P. R. 66, this court possesses jurisdiction to appoint a receiver based on Berkley's interest in certain property owned by Defendant(s), which is the subject of this action.

## FACTS

15.     In order to perform work pursuant to construction contracts ("Contracts"), for owners of real property ("Owners"), FG-PH was required to procure performance and payment bonds ("Bonds").

16.     FG-PH sought the issuance of the Bonds by Berkley.

LAW OFFICES

**Peckar &
Abramson**

A Professional Corporation

#4539111v1

17.   Berkley required that Defendants (referred to herein as "Indemnitors") execute the Berkley General Agreement of Indemnification ("GAI") as a condition for the issuance of the Bonds.

18.   The Indemnitors executed a GAI on or about June 10, 2016. [A copy of the GAI is annexed hereto as Exhibit "A"]

19.   Pursuant to Section 1.01 of the GAI, Indemnitors agreed to exonerate, hold harmless, indemnify and keep Berkley indemnified from and against, *inter alia*, any and all liability arising from any cause of action, claim, cost, damage, debt, and expenditures of any kind whatsoever, related to or by reason of: (1) having executed the Bonds; (2) the failure of FG-PH to comply with the terms and conditions of the Contracts and/or the GAI; (3) Berkley performing its obligations arising from the terms and conditions of the Bonds; (4) Berkley enforcing the terms and conditions of the GAI against Indemnitors; (5) Berkley having accepted collateral as security for the obligations of the Indemnitors to Berkley; and (6) the occurrence of an event of default and any prosecution, investigation, defense or settlement of same (all of the foregoing referred to collectively as "Indemnified Claims").

20.   Pursuant to Section 1.02 of the GAI, Indemnitors agreed to, *inter alia*, pay over to Berkley all sums of money which Berkley shall pay or cause to be paid or may be potentially liable to pay related to or by reason of Indemnified Claims.

21.   Under Article III of the GAI, the Indemnitors assigned, conveyed, transferred and set over to Berkley ("Assignment"), and also granted a general lien and continuing security interest in certain property ("Collateral") including but not limited to: (i) all Contracts, and any

LAW OFFICES

**Peckar &
Abramson**

A Professional Corporation

#4539111v1

4

extensions or modifications thereto; (ii) all subcontracts and purchase orders let or to be let in connection with all Contracts and all proceeds of any surety Bonds supporting the same; (iii) all property constituting "accounts" as such term is defined in the Uniform Commercial Code ("UCC") relating to Contracts; and (iv) any and all additions, substitutions, replacements, returns, products or proceeds of the Collateral hereinabove described.

22.     In reliance upon the indemnification obligations agreed to by Indemnitors pursuant to the GAI, and at the request of Indemnitors, Berkley issued performance and payment bonds No. 0221326 ("Casa Pasiva Bond") naming FG-PH as the contractor ("Principal"), Casa Pasiva Housing Development Fund Corporation & Casa Pasiva LLC ("Casa Pasiva") as owner and Berkley as surety ("Surety") for the project identified in the Casa Pasiva Bond ("Project"). [the Casa Pasiva Bond is annexed hereto as Exhibit "B"].

23.     The GAI and the Casa Pasiva Bond jointly constitute a security agreement ("Security Agreement") as defined by the Uniform Commercial Code, Section 9-102(a)(74).

24.     Due to the failure of FG-PH to perform and/or complete work on the Project, Casa Pasiva issued a notice of termination, terminating FG-PH as contractor. [See Exhibit "C"].

25.     The Casa Pasiva termination of FG-PH created an Indemnified Claim.

26.     Pursuant to Article II of the GAI the FG-PH Indemnified Claim afforded Berkley: "the exclusive right in its name and/or the name of any Indemnitor to decide and determine whether any Indemnified Claim, or any claim, off-set or other right of an Indemnitor on a [FG-PH] bonded Contract or Contract in which the Surety has an interest, shall or shall not

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

#4539111v1

5

be paid, compromised, settled, resisted, defended, prosecuted, tried or appealed, and the Surety's decision thereon . . . shall be final, conclusive and binding upon the Indemnitors."

27.     On September 8, 2021, Berkley paid Casa Pasiva Ten Million Five Hundred Thousand ($10,500,000.00) Dollars ("Settlement Sum") pursuant to the terms and conditions of the unconditional release ("Release") issued by Casa Pasiva on July 9, 2021, that discharged Berkley from the claims, demands, rights and obligations arising from the Indemnified Claim. [the Release is annexed hereto as Exhibit "D"].

28.     Berkley has settled claims totaling One Million Five Hundred Thousand ($1,500,000.00) Dollars asserted by unpaid contractors and/or suppliers against the Casa Pasiva payment bond.

29.     Berkley has paid sums totaling Twelve Million Fifty-Three Thousand Six Hundred Ninety-One and 13/100 ($12,053,691.13) Dollars because of the Indemnified Claim.

30.     Berkley filed a UCC-1 Financing Statement against Indemnitors on February 14, 2022, perfecting the Security Agreement, pursuant to Uniform Commercial Code, Section 9-310(a) making Berkley a secured party pursuant to Uniform Commercial Code, Section 9-102(a)(73).

## AS AND FOR A CAUSE OF ACTION

### (Contractual Indemnification)

31.     Berkley repeats and realleges the allegations asserted in paragraphs 1 through 30 of its Complaint as if fully set forth herein.

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

#4539111v1

6

32.    The GAI imposes a contractual indemnification ("Indemnification") obligation on Defendants/Indemnitors for sums paid by Berkley because of the Indemnified Claim.

33.    Berkley has paid sums totaling Twelve Million ($12,000,000.00) Dollars because of the Indemnified Claim.

34.    Berkley has suffered damages, costs, and/or expenses totaling Twelve Million ($12,000,000.00) Dollars because of the Indemnified Claim.

**WHEREFORE**, Plaintiff Berkley Insurance Company respectfully requests that judgment be entered in its favor jointly and severally against Defendants FG-PH Corp., Arista Mechanical HVAC, Inc., CEGF&G Plumbing Corp., 1815 Linden, LLC, Efstratios Georgelis, Michael Panagiotopoulos, Polyxeni Panagiotopoulos, Carlos Cassius, and Carmen Cassius awarding the following relief:

(i)    Twelve Million ($12,000,000.00) Dollars plus interest, costs and attorneys' fees on the Cause of Action; and

(ii)    Court appointment of a receiver to take control of all assets and property belonging to, or in the possession, custody and control of FG-PH, during the pendency of this proceeding, including but not limited to books and records, funds, bank and trust accounts, real or personal property, premises, and any other assets wherever situated; and authorizing such receiver to take charge of, hold and administer the same subject to further order of this Court, in order to prevent irreparable loss, damage and injury to Berkley; and

LAW OFFICES

**Peckar &
Abramson**

A Professional Corporation

#4539111v1

7

(iii)    For further relief at law or in equity to which the Court determines Berkley is

justly entitled.

Dated: New York, New York
       April 12, 2021

PECKAR & ABRAMSON, P.C.

By: _____
    Charles E. Williams, III (CEW 4756)
    *Attorneys for Plaintiff*
    *Berkley Insurance Company*
    1325 Avenue of the Americas, 10th Floor
    New York, NY 10019
    Phone: 212-382-0909
    Email: cwilliams@pecklaw.com

LAW OFFICES

**Peckar &
Abramson**

A Professional Corporation

#4539111v1

8