# EXHIBIT C

**CASA PASIVA LLC**
217 WYCKOFF AVENUE
BROOKLYN, NY 11237
PH. 718-366-3800 FX. 718-366-8740

---

April 22, 2021

**RE: FGPH Default**

Charlie:

As you are aware, FG-PH Corp.'s contract on this project has been terminated as of April 16, 2012 for cause. As such, FG-PH Corp. and its employees are no longer permitted to access the Project site and any future access will be deemed a trespass. You may not perform any work at the Project, and may not attend or participate in any project meetings. If you need to access the project site to remove any personal, non-project related, items please arrange such supervised access with Ryan Cassidy.

Sincerely,

Emily Kurtz
Vice President