UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BERKLEY INSURANCE COMPANY,

Plaintiff,

-against-

FG-PH CORP., ARISTA MECHANICAL HVAC, INC., CEGF&G PLUMBING CORP., 1815 LINDEN, LLC, EFSTRATIOS GEORGELIS, MICHAEL PANAGIOTOPOULOS, POLYXENI PANAGIOTOPOULOS, CARLOS CASSIUS, and CARMEN CASSIUS, jointly and severally,

Defendants.

22 CV ( )

**CIVIL RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Berkley Insurance Company (a private non-governmental party) certifies that the following are corporate parents or publicly held corporations that own 10% or more of its stock:

Berkley Insurance Company is ultimately owned by W. R. Berkley Corporation, which is a publicly traded company.

Dated: April 12, 2022
New York, New York

**PECKAR & ABRAMSON, P.C.**

By: [signature]
Charles E. Williams, III (CEW 4756)
*Attorneys for Plaintiff*
*Berkley Insurance Company*
1325 Avenue of the Americas, 10th Floor
New York, New York 10019
Phone: 212-382-0909
Email: cwilliams@pecklaw.com

LAW OFFICES
Peckar & Abramson
A Professional Corporation