

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

International
Alliances

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

**VIA ECF**

June 9, 2022

Honorable Taryn A. Merkl
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Berkley Insurance Company v. FG-PH Corp. et al.
      Civil Action No. 1:22-cv-02109-DG-TAM
      Our File No. 436010

Dear Magistrate Judge Merkl:

This firm represents plaintiff Berkley Insurance Company ("Plaintiff") in the above-referenced matter. Pursuant to the Court's May 11, 2022, status report order, Plaintiff hereby submits this status report letter.

On April 12, 2022, Plaintiff filed its complaint against FG-PH Corp., Arista Mechanical HVAC, Inc., CEGF&G Plumbing Corp., 1815 Linden, LLC, Efstratios Georgelis, Michael Panagiotopoulos, Polyxeni Panagiotopoulos, Carlos Cassius, and Carmen Cassius (the "Defendants"). Thereafter, on May 26, 2022, attorney Michael T. Contos of Wilk Auslander LLP filed an answer to the complaint on behalf of all Defendants.

An initial conference is scheduled on July 7, 2022.

Respectfully submitted,

Darien K. Blair

cc:   All counsel via ECF

