UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BERKLEY INSURANCE COMPANY,

               Plaintiff,

    - against -

FG-PH CORP., ARISTA MECHANICAL
HVAC, INC., CEGF&G PLUMBING CORP.,
1815 LINDEN LLC, EFSTRATIOS GEORGELIS,
MICHAEL PANAGIOTOPOULOS, POLYXENI
PANAGIOTOPOULOS, CARLOS CASSIUS,
and CARMEN CASSIUS,

               Defendants.
--------------------------------------------------------------X

**JUDGMENT**
CV 22-2109 (DG) (TAM)

      A Memorandum and Order of Honorable Diane Gujarati, United States District Judge,

having been filed on March 26, 2025; granting Plaintiff's Motion for Summary Judgment;

awarding Plaintiff damages in the amount of $10,500,000 plus prejudgment interest accruing at a

rate of 9% per annum, compounded daily, from September 8, 2021 to the date of entry of

judgment; finding Defendants FG-PH Corp., Arista Mechanical HVAC, Inc., CEGF&G

Plumbing Corp., 1815 Linden LLC, Efstratios Georgelis, Michael Panagiotopoulos, Polyxeni

Panagiotopoulos, Carlos Cassius, and Carmen Cassius jointly and severally liable for the

damages award; and directing the Clerk of Court to enter judgment accordingly and close this

case, it is

      **ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff Berkley

Insurance Company in the amount of $10,500,000 plus prejudgment interest in the amount of

$3,952,044.22 for a total of $14,452,044.22 against Defendants FG-PH Corp., Arista Mechanical

HVAC, Inc., CEGF&G Plumbing Corp., 1815 Linden LLC, Efstratios Georgelis, Michael

Panagiotopoulos, Polyxeni Panagiotopoulos, Carlos Cassius, and Carmen Cassius jointly and severally; and that this case is closed.

Dated: March 27, 2025
       Brooklyn, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                           By:    /s/ James J. Toritto
                                  Deputy Clerk