UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Berkley Insurance Company,                                    CV 22-2109 (DG) (TAM)

                              Plaintiff,

    - against –                                                        **APPLICATION FOR**
                                                                **CHARGING ORDER**
FG-PH Corp., ARISTA MECHANICAL
HVAC, INC., CEGF&G PLUMBING CORP.,
1815 LINDEN LLC, EFSTRATIOS GEORGELIS,
MICHAEL PANAGIOTOPOULOS, POLYXENI
PANAGIOTOPOULOS, CARLOS CASSIUS,
And CARMENT CASSIOUS,

                              Defendants.
-----------------------------------------------------------X

      Judgment Creditor Berkley Insurance Company ("Berkley"), by and through undersigned counsel, and pursuant to Fed R. Civ. P. 69 and NY CLS LLC § 607, respectfully moves for a charging order against Judgment Debtor Michael Panagiotopoulos' interest in New York limited liability companies 1815 Linden, LLC, Maspeth Enterprise LLC and Linden Funding, LLC. In support of its Application, Berkley asserts the following:

      1.      Berkley is the holder of a valid and enforceable Judgment against Michael Panagiotopoulos for the principal sum of $10,500,000 plus prejudgment interest in the amount of $3,952,044.22 for a total of $14,452,044.22 ("Judgment Sum"). The Judgment Sum was entered in the above-captioned case on April 25, 2025, as Doc 60.

      2.      As of the date of this application, the Judgment Sum remains wholly unsatisfied.

      3.      Mr. Panagiotopoulos may have a membership interest in 1815 Linden, LLC, Maspeth Enterprise LLC and Linden Funding, LLC (collectively the "Companies"). The Companies may own an interest in certain property and/or other assets that may result in distributions to its members, including Mr. Panagiotopoulos.

4. Berkley now seeks to charge Mr. Panagiotopoulos' interest in the Companies with payment of the outstanding Judgment Sum, pursuant to NY CLS LLC § 607(a), by means of entry of a charging order charging Mr. Panagiotopoulos' interest in the Companies, and the distributions and proceeds therefore, with the payment of the Judgment Sum entered in this case, which remains unsatisfied.

5. Pursuant to NY CLS LLC § 607(a), a judgment creditor on application to the court may charge the membership interest of the member of a limited liability company with payment of the unsatisfied amount of the judgment. To the extent that the interest of a member is so charged, the judgment creditor has only the right to receive any distribution or distributions to which the judgment debtor would otherwise have been entitled in respect of such membership interest.

6. The charging order, and the statutory remedy referenced above, is the prescribed post judgment remedy for realizing upon a judgment debtors' limited liability company interest. Therefore, Berkley is entitled to charge Mr. Panagiotopoulos' membership interest in 1815 Linden, LLC, Maspeth Enterprise LLC and Linden Funding, LLC, and is further entitled to satisfy all or a portion of the Judgment Sum from profits derived from those interests.

WHEREFORE, for the above and foregoing reasons, Judgment Creditor Berkley Insurance Company prays that the Court enter a Charging Order in favor of Berkley and against Judgment Debtor Michael Panagiotopoulos' membership interest in 1815 Linden, LLC, Maspeth Enterprise LLC and Linden Funding, LLC, and for any further relief that the Court deems just and proper.

Dated: July 3, 2025                                                  Respectfully submitted,

                                                                       Mazzola Lindstrom LLP

                                          Jean-Claude Mazzola
                                          1350 Avenue of the Americas, 2Fl
                                          New York, New York 10019
                                          (646) 250-6666 (telephone)
                                          jeanclaude@mazzolalindstrom.com
                                          *Attorney for Plaintiff*