UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Berkley Insurance Company,                                    CV 22-2109 (DG) (TAM)

                    Plaintiff,

   - against –                                                **CHARGING ORDER**

FG-PH Corp., ARISTA MECHANICAL
HVAC, INC., CEGF&G PLUMBING CORP.,
1815 LINDEN LLC, EFSTRATIOS GEORGELIS,
MICHAEL PANAGIOTOPOULOS, POLYXENI
PANAGIOTOPOULOS, CARLOS CASSIUS,
And CARMENT CASSIOUS,

                    Defendants.
-----------------------------------------------------------X

      The Court, having reviewed the Judgment at issue in this matter, and the Application for Charging Order of Judgment Creditor Berkley Insurance Company ("Berkley"), hereby:

      FINDS that Berkley is the holder of a valid and enforceable Judgment against Michael Panagiotopoulos for the principal sum of $10,500,000 plus prejudgment interest in the amount of $3,952,044.22 for a total of $14,452,044.22 ("Judgment Sum"), which was entered in the above-captioned case on April 25, 2025, as Doc 60; and

      FURTHER FIND that Judgment Creditor Berkley, pursuant to Fed. R. Civ. P. 69 and NY CLS LLC § 607, is entitled to charge its Judgment Sum to the membership interests of Mr. Panagiotopoulos by issuance of a Charging Order; and

      Consequently, it is hereby:

      ORDERED that any interest held by Mr. Panagiotopoulos in the following,

- 1815 Linden, LLC
- Maspeth Enterprise LLC
- Linden Funding, LLC

shall be and is hereby charged with the full amount of the Judgment Sum held by Berkley; and

IT IS FUTHER ORDERED that any distributions, proceeds, rents, retained earnings or profits due to Mr. Panagiotopoulos from the above-named entities shall be paid directly to counsel for Berkley, and credited against the Judgment Sum; and

IT IS FURTHER ORDERED that counsel for Berkley shall cause a copy of this Order to be personally served on each of the charged entities listed in this Order, and file a return or returns with the Court.

IT IS FINALLY ORDERED that within 10 days of receiving this Order, the officers, members, directors, managers, partners and/or other agents of each charged entity deliver to counsel for Berkley:

- A complete set of any and all formation and operating documents, including without limitation, articles of organization, certificates of authority, operating agreements, partnership agreements, and fictitious name registrations;

- A complete copy of each entity's most recent federal and state tax returns;

- A copy of each entity's most recent financial statements;

- A complete list, including contact information, of all individuals or entities charged with managing that respective entity's affairs;

- A complete list of all individuals and organizations with an ownership interest in that respective entity.

Prepared and submitted by,

Mazzola Lindstrom LLP

Jean-Claude Mazzola
1350 Avenue of the Americas, 2Fl
New York, New York 10019

2

(646) 250-6666 (telephone)
jeanclaude@mazzolalindstrom.com
*Attorney for Plaintiff*

3