## EXHIBIT A

Instructions: The following definitions apply to these document requests:

1. "You," and "Your," means Celeste Cassius and Celeste Cassius-Linval.
2. "FG-PH" and "FG-PH Corp." shall mean FG-PH Corp., FG-PH Corporation, FG PH Corp., FG Plumbing Heating Corp., and fg Plumbing Heating, each of which is a debtor herein, and their officers, directors, consultants, agents, representatives, holding companies, investigators, parents, subsidiaries, predecessors, successors, assigns, and all other persons or entities acting or purporting to act for or on their behalf.
3. "Arista" shall mean Arista Mechanical HVAC, Inc., which is a debtor herein, and its officers, directors, consultants, agents, representatives, holding companies, investigators, parents, subsidiaries, predecessors, successors, assigns, and all other persons or entities acting or purporting to act for or on its behalf.
4. "CEGF&G" shall mean CEGF&G Plumbing Corp., which is a debtor herein, and its officers, directors, consultants, agents, representatives, holding companies, investigators, parents, subsidiaries, predecessors, successors, assigns, and all other persons or entities acting or purporting to act for or on its behalf.
5. "1815" shall mean 1815 Linden, LLC, which is a debtor herein, and its officers, directors, consultants, agents, representatives, holding companies, investigators, parents, subsidiaries, predecessors, successors, assigns, and all other persons or entities acting or purporting to act for or on its behalf.
6. "Efstratios" and "Efstratios Georgelis" shall mean Efstratios Georgelis, Charlie Georgelis, Charles Georgelis, Charlie Georgielis, Georgelis Efstatios and Efstratios Georgelis, Sr., each of whom is a debtor herein.
7. "Michael" and "Michael Panagiotopoulos" shall mean Michael Panagiotopoulos, Mike Panagiotopoulos, Michael C. Panagiotopoulos, M C Panagiotopoulos, Michael Panagiotpoulos, Michael Panagiotopous, Michle Panagiotopoulos and Michael Panagiotopoulo, each of whom is a debtor herein.
8. "Polyxeni" and "Polyxeni Panagiotopoulos" shall mean Poyxeni Panagiotopoulos, P Panagiotopoulos, P. Orkopoulos, Polyxeni Orkopovlos, Polyxeni Pangiopoulos, Polyxeni Panagiotopou, Polyxeni Panagiotopoul, Pilyxeni Panagiotopoulos, Plyxeni Panagiotopoulos, Poly Panagiotopoulos and Polyxen Panagiotopoulos, each of whom is a debtor in this action.
9. "Carlos" and "Carlos Cassius" shall mean Carlos Cassius, Carlos C. Cassius, Carlos C. Cassiuslinual, Carlos M. Cassius-Linval, Carlos Cassius Linval, Carlitos M. Cassius, Carlos Marrero Cassius, Carlos Cassius Cassiuslinval and Carlos Linval, each of whom is a debtor in this action.
10. "Carmen" and "Carmen Cassius" shall mean Carmen Cassius, Carmen Cassius-Linval, and Carmen Cassius Linval, each of whom is a debtor in this action.
11. "Indemnitor" and "Indemnitors" shall mean collectively the individuals and entities identified in paragraphs 2-10 above.
12. "Document" means any kind of written, typewritten or printed material whatsoever, no matter by whom prepared, and all drafts prepared in connection with such writings, whether used or not. "Document" also means all data compilations, computerized data and other electronically-related information, including the following: e-mail messages and files,

back-up voice mail files, backup e-mail files, deleted e-mails, voice mail messages and files, back-up mail files, data files, program files, backup and archival tapes, temporary files, system history files, web site information stored in textual, graphical or audio format, web site log files, cache files, cookies, and other electronically-recorded information.

13. "Communication" shall mean and refer to any written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, text messages, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons, whether by telephone, internet or in person

**Please produce copies of the following documents:**

1. All documents reflecting payments in excess of $5,000, made by you to any person or entity, in the last 5 years.

2. All documents reflecting payments in excess of $5,000 received by you in the last 5 years.

3. Statements for all accounts bearing your name or on which you have or have had signatory rights, in the last 5 years.

4. All documents regarding any real property you own or that you have or have had an interest in, within the last 5 years.

5. All documents regarding any real property that is owned, in whole or in part, by any entity that you control or that you have an ownership interest in, within the last 5 years.

6. All documents regarding the listing and purchase of the property with the common address 1901 Madison Avenue, Apartment 522, New York, NY 10035, including, but not limited to, the deed, the closing statement, the title report, a copy of the cancelled checks reflecting payment for the property, etc.

7. All documents reflecting the down payment for the purchase of the property with the common address of 1901 Madison Avenue, Apartment 522, New York, NY 10035, including, but not limited to, a copy of the cancelled checks and wire transfer statements reflecting the payment.

8.  All loan documents, including, but not limited to, promissory notes, mortgages and/or deeds of trust for the property with the common address of 1901 Madison Avenue, Apartment 522, New York, NY 10035.

9.  All documents relating to the listing for sale of the property with the common address of 1901 Madison Avenue, Apartment 522, New York, NY 10035.

10. All documents relating to the listing for sale of any other property that you own, or have an interest in, or that any company you have an interest in, that is listed for sale.

11. All formation documents for any company that you have or have had an interest in, within the last 5 years.

12. All documents relating to any real property or personal property valued at over $5,000, which you have gifted or transferred to any person or entity, between January 1, 2020 to the present.

13. All documents evidencing any repairs valued in excess of $5,000 you have or claim to have performed on any property owned by you or owned by any third party, between January 1, 2020 to the present.